JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
CHRISTOPHER J. RICHARDSON, ESQ.
Nevada Bar No. 009166
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012
FAX: (702) 383-0701
jolson@ocgd.com
mstoberski@ocgd.com

Attorneys for Defendants
TAYLOR FAMILY HOLDINGS, INC.
and NATALIE DELUCIA TAYLOR

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| CAPRIOTTI'S SANDWICH SHOP, INC., | CASE NO. 2:12-CV-00793-MMD-VCF |
| Plaintiff, | |
| vs. | **EX-PARTE REQUEST TO AMEND CM/ECF SERVICE LIST** |
| TAYLOR FAMILY HOLDINGS, INC., and NATALIE DELUCIA TAYLOR, | |
| Defendants. | |

MICHAEL E. STOBERSKI, ESQ. of the law firm OLSON, CANNON, GORMLEY & DESRUISSEAUX brings this Ex-Parte Request to Amend CM/ECF Service List requesting that

. . .

. . .

. . .

. . .

. . .

1 | Christopher J. Richardson, Esq. be included on the CM/ECF service list and the mailing matrix
2 | on all service lists in this matter.

3 |     DATED this /3 day of July, 2012.

OLSON, CANNON, GORMLEY &
DESRUISSEAUX

By _____
JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
CHRISTOPHER J. RICHARDSON, ESQ.
Nevada Bar No. 009166
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendants Taylor Family Holding,
Inc. and Natalie Delucia Taylor

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** _____ 7/16/2012

## CERTIFICATE OF SERVICE

The undersigned, an employee of Olson, Cannon, Gormley & Desruisseaux, hereby certifies that on the 13 day of July, 2012 that I electronically filed the **EX-PARTE REQUEST TO AMEND CM/ECF SERVICE LIST** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record.

_____
An Employee of Olson, Cannon, Gormley & Desruisseaux