MATTHEW J. KREUTZER
Nevada Bar No. 8834
CONOR P. FLYNN
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway
Suite 200
Las Vegas, NV  89169
Tel:  702.473.7075
Fax: 702.878.9995
mkreutzer@armstrongteasdale.com
cflynn@armstrongteasdale.com

MICHAEL L. STURM (*pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
Tel:  202.719.7000
Fax: 202.719.7049
msturm@wileyrein.com

*Attorneys for Plaintiff*
*Capriotti's Sandwich Shop, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAPRIOTTI'S SANDWICH SHOP, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:12-cv-00793-MMD-VCF |
| TAYLOR FAMILY HOLDINGS, INC. and NATALIE DELUCIA TAYLOR, | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW COUNSEL OF RECORD AND FOR DELISTING FROM SERVICE LIST**

Plaintiff Capriotti's Sandwich Shop, Inc. ("Capriotti's") hereby moves this Court for an Order granting the withdrawal and removal from the Court's docket of the law firm of Potter Anderson & Corroon, LLP, and more specifically, Richard L. Horwitz, David Ellis Moore, and Jonathan A. Choa.

The law firm of Potter Anderson & Corroon, LLP, appeared in this case as local counsel of record when the Complaint was initially filed in the United States District Court for the District of Delaware. Now that the case has been transferred to the District of Nevada, the law firm of Armstrong Teasdale LLP, has appeared in this case as local counsel of record. The law firms of Armstrong Teasdale LLP, and Wiley Rein, LLP, will continue to represent the Plaintiff in this case.

BY: */s/ Matthew J. Kreutzer*
   Matthew J. Kreutzer
   Conor P. Flynn
   3770 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169
   702.678.5070
   702.878.9995 (facsimile)

   AND

   Michael L. Sturm (admitted *pro hac vice*)
   1776 K Street, N.W.
   Washington, DC 20006
   (202) 719-7000
   (202) 719-7049 (facsimile)

BY: */s/Richard L. Hurwitz*
   Richard L. Hurwitz
   David Ellis Moore
   Jonathan A. Choa
   1313 N. Market St., Hercules Plaza
   6th Floor
   P.O. Box 951
   Wilmington, DE 19899-0951

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ August 22, 2012 _____