1  JAMES R. OLSON, ESQ.
   Nevada Bar No. 000116
2  MICHAEL E. STOBERSKI, ESQ.
   Nevada Bar No. 004762
3  CHRISTOPHER J. RICHARDSON, ESQ.
   Nevada Bar No. 009166
4  OLSON, CANNON, GORMLEY,
   ANGULO & STOBERSKI
5  9950 W. Cheyenne Avenue
   Las Vegas, NV  89129
6  702-384-4012
   702-383-0701 fax
7  jolson@ocgas.com
   mstoberski@ocgas.com
8  crichardson@ocgas.com

9  Attorneys for Defendants
   TAYLOR FAMILY HOLDINGS, INC.
10 and NATALIE DELUCIA TAYLOR

11                    UNITED STATES DISTRICT COURT

12                         DISTRICT OF NEVADA

13

14 CAPRIOTTI'S SANDWICH SHOP, INC.,

15                              Plaintiff,

16              v.                    CASE NO.  2:12-CV-00793-MMD-VCF

17 TAYLOR FAMILY HOLDINGS, INC., and
   NATALIE DELUCIA TAYLOR,

18                             Defendants.

19 TAYLOR FAMILY HOLDINGS, INC. and
   NATALIE DELUCIA TAYLOR,

20                        Counterclaimants,

21              v.

22 CAPRIOTTI'S SANDWICH SHOP, INC.,

23                        Counterdefendant.

24     **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

25        IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and

26 through their respective counsel of record, that the above-entitled action be

27 ///

28

*Law Offices of*
**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Telecopier (702) 383-0701

DISMISSED with prejudice, each party to bear its own costs, unless otherwise previously stipulated in Settlement and Release Agreement.

DATED this 19th day of February, 2013.

OLSON, CANNON, GORMLEY
& DESRUISSEAUX

/s/Matthew J. Kreutzer                    /s/Christopher J. Richardson

_____            _____
MATTHEW J. KREUTZER, ESQ.                 JAMES R. OLSON, ESQ.
Nevada Bar No. 008834                     Nevada Bar No. 000116
CONOR P. FLYNN, ESQ.                      CHRISTOPHER J. RICHARDSON, ESQ.
Nevada Bar No. 011569                     Nevada Bar No. 009166
3770 Howard Hughes Parkway, Suite 200     9950 W. Cheyenne Avenue
Las Vegas, NV 89169                       Las Vegas, NV 89129
                                          Attorneys for Defendant

/s/Michael L. Sturm

_____
MICHAEL L. STURM, ESQ. (*pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Attorneys for Plaintiff

**O R D E R**

IT IS SO ORDERED.

DATED this __19th__ day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE

Law Offices of
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701