JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
CHRISTOPHER J. RICHARDSON, ESQ.
Nevada Bar No. 009166
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
702-384-4012
702-383-0701 fax
jolson@ocgas.com
mstoberski@ocgas.com
crichardson@ocgas.com

Attorneys for Defendants
TAYLOR FAMILY HOLDINGS, INC.
and NATALIE DELUCIA TAYLOR

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPRIOTTI'S SANDWICH SHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR FAMILY HOLDINGS, INC., and NATALIE DELUCIA TAYLOR,<br><br>Defendants.<br><br>TAYLOR FAMILY HOLDINGS, INC. and NATALIE DELUCIA TAYLOR,<br><br>Counterclaimants,<br><br>v.<br><br>CAPRIOTTI'S SANDWICH SHOP, INC.,<br><br>Counterdefendant. | CASE NO.  2:12-CV-00793-MMD-VCF |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel of record, that the above-entitled action be

///

DISMISSED with prejudice, each party to bear its own costs, unless otherwise previously stipulated in Settlement and Release Agreement.

DATED this 19th day of February, 2013.

|  |  |
|---|---|
| /s/Matthew J. Kreutzer | OLSON, CANNON, GORMLEY & DESRUISSEAUX<br><br>/s/Christopher J. Richardson |
| MATTHEW J. KREUTZER, ESQ.<br>Nevada Bar No. 008834<br>CONOR P. FLYNN, ESQ.<br>Nevada Bar No. 011569<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169 | JAMES R. OLSON, ESQ.<br>Nevada Bar No. 000116<br>CHRISTOPHER J. RICHARDSON, ESQ.<br>Nevada Bar No. 009166<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129<br>Attorneys for Defendant |

/s/Michael L. Sturm

MICHAEL L. STURM, ESQ. (*pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Attorneys for Plaintiff

# ORDER

IT IS SO ORDERED.

DATED this 19th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE